EDDIE ABERNATHY *v.* COMMISSIONER
OF CORRECTION
(AC 31207)

Gruendel, Lavine and Robinson, Js.

Submitted on briefs December 7, 2010—officially released January 11, 2011

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* JOSE MARTINEZ
(AC 30693)

Gruendel, Lavine and Robinson, Js.

Submitted on briefs December 7, 2010—officially released January 11, 2011

Per Curiam. The judgment is affirmed.

HARTLEY HINES *v.* COMMISSIONER
OF CORRECTION
(AC 31826)

DiPentima, C. J., and Bishop and Bear, Js.

Submitted on briefs December 7, 2010—officially released January 11, 2011

Per Curiam. The judgment is affirmed.